IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY R. HASTINGS,

    Plaintiff,

v.                          CASE NO. 4:09cv81-SPM/WCS

GOVERNOR CHARLIE CRIST, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated April 16, 2009 (doc. 9).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

    2.    The motion to proceed in forma pauperis (docs. 2 and 8) are denied.

    3.    This case is dismissed pursuant to 28 U.S.C. § 1915(g).

      4.      The clerk shall note on the docket that the dismissal is also ordered under 28 U.S.C. § 1915(e)(2)(B)(i) as malicious and an abuse of the judicial process.

      DONE AND ORDERED this 8th day of July, 2009.

                        *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge